**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1326**

LORENDA MCCOY,

Plaintiff - Appellant,

v.

TARGET CORPORATION,

Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  George L. Russell, III, District Judge.
(1:14-cv-03437-GLR)

Submitted:  August 25, 2016          Decided:  August 29, 2016

Before NIEMEYER, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lorenda McCoy, Appellant Pro Se.   Daniel R. Lanier, Lynn
Christina Schlie, MILES & STOCKBRIGE, PC, Baltimore, Maryland,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lorenda McCoy appeals the district court's order denying relief on her civil complaint. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. McCoy v. Target Corp., No. 1:14-cv-03437-GLR (D. Md. Mar. 3, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2